# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MEYER,<br><br>Defendant. | CASE NO. CR03-464 JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted an initial appearance hearing on alleged violations of supervised release on April 18, 2007. The United States was represented by Sarah Vogel. The defendant was represented by Robert Chadwell and Krista Bush.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Engage in Money Laundering on or about May 14, 2004. The Hon. John C. Coughenour of this court sentenced Defendant to eight months of confinement, followed by three years of supervised release.

The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation officer Peggy Kellow for USPO Angela Peru alleged that Defendant

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

violated the conditions of supervised release in the following respects:

(1) Using marijuana on or about November 1, 2006, in violation of standard condition #7.

(2) Using marijuana on or about December 14, 2006, in violation of standard condition #7.

(3) Failing to notify his probation officer within 72 hours of being questioned by law enforcement on or about January 17, 2007, in violation of standard condition #11.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted the violations, waived any hearing as to whether they occurred and consented to having the matter set for a disposition hearing.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that the defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant shall remain on released pending a final determination by the Court.

DATED this 18th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         :   Hon. John C. Coughenour
    Assistant U.S. Attorney  :   Sarah Vogel
    Defense Attorney         :   Robert Chadwell
    U. S. Probation Officer  :   Angela Peru

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-