UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MEYER,<br><br>Defendant. | CASE NO. CR03-464-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 7, 2007. The United States was represented by Sarah Vogel. The defendant was represented by Robert Chadwell and Krista Busch.

## CONVICTION AND SENTENCE

Defendant had been convicted of Conspiracy to Engage in Money Laundering on or about May 14, 2004. The Honorable John C. Coughenour of this court sentenced Defendant to eight months of confinement, followed by 3 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation Officer Rick Cowan for Angela Peru alleged that Defendant violated the conditions of supervised release in the following respect:

(1) Using marijuana on or about July 6, 2007, in violation of standard condition #7.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing before the Honorable John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 10th day of September, 2007.

/s/ M. J. Benton
_____
MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge         : Hon. John C. Coughenour
    Assistant U.S. Attorney  : Sarah Vogel
    Defense Attorney         : Robert Chadwell
    U. S. Probation Officer  : Angela Peru

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-